```
                         United States Bankruptcy Court
                              District of Maryland
In re:                                                          Case No. 16-24378-NVA
John Vincent Ditchfield, III                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0416-1          User: vharper              Page 1 of 1          Date Rcvd: Feb 09, 2017
                              Form ID: 318               Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db          +John Vincent Ditchfield, III,    6 Russell Street,    North East, MD 21901-3514
tr          +Charles R. Goldstein,    Protiviti Inc.,    1 East Pratt Street,    Suite 800,
              Baltimore, MD 21202-1127
29902567    +Caliber Home Loans, Inc,    Attn: Cash Operations,    PO Box 24330,
              Oklahoma City, OK 73124-0330
29902568    +Cb Lancaster,    218 West Orange St,    Lancaster, PA 17603-3746
29902690    +Cecil County Treasurer,    200 Chesapeake Blvd., Suite 1100,    Elkton, MD 21921-6652
29902692    +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
              Baltimore, MD 21201-2305
29902572    +Dynamic Recovery Solutions,    135 Interstate Blvd,    Greenville, SC 29615-5720
29902573    +Ginnys/Swiss Colony Inc,    1112 7th Ave,    Monroe, WI 53566-1364
29902575    +Lyons, Doughty and Voldhuis,    136 Gaither Drive, Suite 100,    PO Box 1269,
              Mount Laurel, NJ 08054-7269
29902577    +Millennium Financial G,    3000 United Founders Blv,    Oklahoma City, OK 73112-4279
29902578     National Credit Adjusters,    PO Box 3023, 327 W 4th Street,    Hutchinson, KS 67504-3023
29902580    +Rickart Collection Systems, Inc,    575 Milltown Road PO Box 7242,
              North Brunswick, NJ 08902-7242
29902581    +Seventh Avenue,    Seventh Avenue, Inc,    1112 7th Ave,    Monroe, WI 53566-1364
29902691    +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2225
29902583    +Town of Elkton Water and Sewer Works,    PO Box 157, 100 Railroad Avenue,
              Elkton, MD 21922-0157
29902584    +Vital Recovery Services, LLC,    3795 Data Drive, Suite 200,    Peachtree Corners, GA 30092-6534
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
29902566    +E-mail/Text: banko@berkscredit.com Feb 09 2017 19:51:22     Berks Credit & Collections,
              PO Box 329,    Temple, PA 19560-0329
29902569    +EDI: CONVERGENT.COM Feb 09 2017 19:43:00      Convergent Outsoucing, Inc,    PO Box 9004,
              Renton, WA 98057-9004
29902571    +E-mail/Text: bankruptcy.bnc@ditech.com Feb 09 2017 19:51:24     Ditech,   Attn: Bankruptcy,
              PO Box 6172,    Rapid City, SD 57709-6172
29902582    +EDI: TCISOLUTIONS.COM Feb 09 2017 19:43:00      Total Card, Inc,    5109 S Broadband Lane,
              Sioux Falls, SD 57108-2208
29902585    +EDI: WFFC.COM Feb 09 2017 19:43:00      Wells Fargo Dealer Services,    PO Box 3569,
              Rancho Cucamonga, CA 91729-3569
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
29902570       Credence Resource Management LLC,    INVALID ADDRESS PROVIDED
29902574       Lhr Inc,    INVALID ADDRESS PROVIDED
29902576       Merrick Bank,    INVALID ADDRESS PROVIDED
29902579       Providian Nationsl Bank
                                                                                  TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
              Charles R. Goldstein    md-bank@protiviti.com, MD13@ecfcbis.com
              Sonila   Isak    sonila@isaklaw.com
                                                                                               TOTAL: 2
```

Entered: February 9, 2017
Signed:  February 9, 2017

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **John Vincent Ditchfield III** | Social Security number or ITIN   **xxx−xx−2925** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Maryland** | | |
| Case number:   **16−24378 NVA**   **Chapter: 7** | | |

## Order of Discharge                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Vincent Ditchfield III

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2